**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Rita Wilson and Irwin Demetrice Wilson, Defendants,

of whom Irwin Demetrice Wilson is the Appellant

and

Rita Wilson is a Respondent.

In the interest of minors under the age of eighteen.

Appellate Case No. 2025-001309

———————————

Appeal From Richland County
C. Vance Stricklin, Jr., Family Court Judge

———————————

Unpublished Opinion No. 2026-UP-100
Submitted February 18, 2026 – Filed February 23, 2026

———————————

**AFFIRMED**

———————————

Harry A. Hancock, of Columbia, for Appellant.

Kathryn J. Walsh, of the South Carolina Department of Social Services, of Spartanburg, for Respondent South Carolina Department of Social Services.

Nancy Carol Fennell, of Irmo, for Respondent Rita Wilson.

Angela L. Kohel, of Richland County CASA, of Columbia, for the Guardian ad Litem.

---

**PER CURIAM:** Irwin Demetrice Wilson appeals the family court's final order terminating his parental rights to his minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2025). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Wilson's counsel.

**AFFIRMED.**[1]

**GEATHERS, HEWITT, and CURTIS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.